**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, licensed to do business in the State of Washington,<br><br>　　　　Defendant. | NO. 2:21-cv-01619-BJR<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>**Clerk's Action Required** |

TO:　THE CLERK OF THE COURT, and

TO:　All parties and their counsel of record.

　　　Pursuant to LCR 83.2(b)(2), counsel for defendant State Farm Mutual Automobile Insurance Company, Douglas F. Foley, Kevin Sampson, Alayna Lyn Nicholes and Foley Sampson & Nicholes PLLC hereby request leave of this Court to withdraw as attorneys of record for defendant State Farm Mutual Automobile Insurance Company.  Vasudev N. Addanki, Luisa E. Taddeo and Betts, Patterson & Mines, P.S. hereby request leave of this Court to

STIPULATED NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL –　　- 1 -
NO. 2:21-cv-01619-BJR

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1853250.doc/020122 1513/8544-0072

substitute as attorneys of record of defendant State Farm Mutual Automobile Insurance Company.

DATED this 26th day of February, 2022.

FOLEY SAMPSON & NICHOLES

By: /s Douglas F. Foley *(per email authority)*
By: s/ Kevin Sampson *(per email authority)*
By: s/ Alayna Nicholes *(per email authority)*
    Douglas F. Foley, WSBA #13119
    Kevin Sampson, WSBA #24162
    Alayna Nicholes, WSBA # 40993

Withdrawing Attorneys for Defendant State Farm Mutual Automobile Insurance Company


BETTS, PATTERSON & MINES, P.S.


By    /s Vasudev N. Addanki
By    /s Luisa E. Taddeo
    Vasudev N. Addanki, WSBA #41055
    Luisa E. Taddeo, WSBA #48677
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:    (206) 292-9988
Facsimile:    (206) 343-7053
E-mail:        vaddanki@bpmlaw.com
E-mail:        ltaddeo@bpmlaw.com

Substituting Attorneys for Defendant State Farm Mutual Automobile Insurance Company

STIPULATED NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL –    - 2 -
NO. 2:21-cv-01619-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1853250.doc/020122 1513/8544-0072

**ORDER**

The Court hereby GRANTS the stipulated motion of the parties.

Foley Sampson & Nicholes PLLC are hereby granted leave to withdraw as attorneys of record for defendant State Farm Mutual Automobile Insurance Company. Vasudev N. Addanki, Luisa E. Taddeo and Betts, Patterson & Mines, P.S. are hereby granted leave to represent State Farm Mutual Automobile Insurance Company going forward in this matter.

DATED this 28th day of February, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL –     - 3 -
NO. 2:21-cv-01619-BJR

1853250.doc/020122 1513/8544-0072

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988